Freddie SMITH; Lori Smith,
Plaintiffs–Appellants

v.

Michael J. FIFTHIAN; Keith Schonherr; Jordan Arnold, Jr.; Vernon L. Cannon; Ladd Trucking Inc.; Carolina Casualty Insurance Co., Defendants–Appellees.

No. 06–31211.

United States Court of Appeals,
Fifth Circuit.

Dec. 7, 2007.

Jack M. Bailey, Jr., Law Offices of Jack M. Bailey Jr., Shreveport, LA, for Plaintiffs–Appellants.

Michael Jay Fontenot, Davenport, Files & Kelly, Monroe, LA, David Finley Butterfield, Mayer, Smith & Roberts, Shreveport, LA, for Defendants–Appellees.

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. R. 47.6.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.